# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1677

_____

United States of America,

          Appellee,

    v.

John D. Bruner,

          Appellant,

Lotawanna Lockhart Bruner; QHG of
Springdale, Inc.; Benton County,

          Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the
Western District of Arkansas.

[UNPUBLISHED]

_____

Submitted: February 17, 2010
Filed: February 25, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

     John D. Bruner appeals the district court's[1] adverse grant of summary judgment in this action by the United States to reduce to judgment unpaid federal tax assessments against Bruner, to foreclose federal tax liens on real property owned by

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

Bruner, and to obtain a judicial sale of the property. After careful de novo review, <u>see</u> <u>Johnson v. Blaukat</u>, 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude the grant of summary judgment was proper for the reasons explained by the district court, <u>see</u> <u>Ford v. Pryor</u>, 552 F.3d 1174, 1178-79 (10th Cir. 2008).

The government has moved for sanctions against Bruner. We may award "just damages" and single or double costs if we determine that an appeal is frivolous. <u>See</u> 28 U.S.C. § 1912; Fed. R. App. P. 38. In this case, we find Bruner has filed a frivolous appeal raising tax-protester arguments of the kind he unsuccessfully raised below and which have been repeatedly rejected in other proceedings. In these circumstances, we conclude that sanctions are appropriate. <u>See</u> <u>Searcy v. Donelson</u>, 204 F.3d 797, 799 (8th Cir. 2000).

Accordingly, we affirm, <u>see</u> 8th Cir. R. 47B, and we award the government $5,000 in damages. We also deny Bruner's pending motion.

_____